# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00918-CV

### D. M., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-18-000957, THE HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant D. M. filed her notice of appeal on December 17, 2019. The appellate record was complete January 14, 2020, making appellant's brief due February 3, 2020. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Mark T. Zuniga to file appellant's brief no later than February 25, 2020. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on February 11, 2020.

Before Justices Goodwin, Kelly, and Smith